UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
EDDYN CASTRO, on behalf of himself, individually,
and on behalf of all others similarly-situated,              Docket No.: 1:25-cv-6649

                                    Plaintiff,

           - against -                                   **RULE 7.1 CORPORATE**
                                                         **DISCLOSURE STATEMENT**

GOTHAM DRYWALL INC., and JOHN
FITZPATRICK, individually

                                    Defendants.
-------------------------------------------------------------------X
          Defendant Gotham Drywall Inc. ("Gotham"), by its attorneys Lewis Brisbois Bisgaard &

Smith LLP, hereby certifies that Gotham has no parent corporation and no publicly traded

corporation currently owns 10% or more of its stock.

Dated:  New York, New York
          February 9, 2026


                              **LEWIS BRISBOIS BISGAARD & SMITH LLP**


                                        /s/ Alisha Talati
                                            Alisha Talati, Esq.
                                            Joan B. Lopez, Esq.
                                            *Attorneys for Defendants Gotham*
                                            *Drywall Inc. and John Fitzpatrick*
                                            7 World Trade Center
                                            250 Greenwich Street, 11th Floor
                                            New York, NY 1007
                                            Alisha.Talati@lewisbrisbois.com
                                            Joan.Lopez@lewisbrisbois.com

170292245.1