**Complete and Mail To:**
**BORRELLI & ASSOCIATES, P.L.L.C.**
**Attn: Eddyn Castro, on behalf of himself, individually, and on behalf of all others similarly-situated**
**v. Gotham Drywall Inc., et al.,**
**910 Franklin Avenue, Suite 205**
**Garden City, New York 11530**
**Tel: (516) 248-5550**
**Fax: (516) 248-6027**

## CONSENT TO JOIN COLLECTIVE ACTION

I hereby consent to join the lawsuit Eddyn Castro, on behalf of himself, individually, and on behalf of all others similarly-situated v. Gotham Drwall Inc., et al., Docket No.: 1:25-cv-6649 , brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, and the New York Code of Rules and Regulations.

By signing below, I state that I am currently or was formerly employed by the Defendants at some point during the previous six years. I elect to join this case in its entirety with respect to any wage and hour-related claims asserted in the complaint filed in this matter and/or under any Federal and/or state law, rule, or regulation.

I hereby designate Borrelli & Associates, P.L.L.C. to represent me for all purposes of this action.

Apr 30, 2026
_____
Date


Joel Castro (Apr 30, 2026 12:02:11 EDT)
_____
Signature

# Eddyn Joel Castro Rayo
_____
Full Legal Name (Print)



Completar y Enviar a:

**BORRELLI & ASSOCIATES, P.L.L.C.**

**Attn: Eddyn Castro, en nombre de el mismo, individualmente y en nombre de todos aquellos similarmente situados v. Gotham Drywall Inc., et al.,**

**910 Franklin Avenue, Suite 205**

**Garden City, New York 11530**

**Tel: (516) 248-5550**

**Fax: (516) 248-6027**

## <u>CONSENTIMIENTO PARA UNIRSE A UNA ACCIÓN COLECTIVA</u>

Doy mi consentimiento para unirme a la demanda titulada, <u>Eddyn Castro, en nombre de el mismo, individualmente y en nombre de todos aquellos similarmente situados, v. Gotham Drywall Inc., et al Docket No.:</u> <u>1:25-cv-6649</u>      interpuestos en virtud de la Ley de Normas Laborales Justas, la Ley de Trabajo del Estado de Nueva York, y el Código de Nueva York de las Reglas y Reglamentos.

Al firmar abajo, yo declaro que estoy actualmente o fui anteriormente empleado por los acusados en algún momento durante los seis años anteriores. Yo entro a este caso en su totalidad, con respecto a cualquier reclamo acerca de salarios en la Denuncia presentada o bajo cualquier ley Federal y/o estatal, regla o reglamento.

Por la presente designo a Borrelli & Associates, P.L.L.C. que me represente a todos los efectos de esta acción.

**Apr 30, 2026**
_____
Fecha

Joel Castro (Apr 30, 2026 12:02:11 EDT)
_____
Firma

## Eddyn Joel Castro Rayo

