UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

EDDYN CASTRO, on behalf of himself,
individually, and on behalf of all others similarly-
situated,

Case No.: 25-CV-6649 (NCM) (SDE)

Plaintiff,

- against -

**NOTICE OF CHANGE OF
ADDRESS**

GOTHAM DRYWALL INC., and JOHN
FITZPATRICK, individually

Defendants.

---------------------------------------------------------X

TO THE CLERK OF THE COURT, ATTORNEY SERVICES CLERK, AND ALL PARTIES
OF RECORD:

PLEASE TAKE NOTICE of the following attorney information change for:

ALISHA TALATI

New York State Bar Number: 6139547

FIRM INFORMATION

OLD FIRM NAME AND ADDRESS:     Lewis Brisbois Bisgaard & Smith, LLP
7 World Trade Center
250 Greenwich Street, 11th FL
New York, NY 10007
(212) 232-1200

NEW FIRM NAME AND ADDRESS:     Lewis Brisbois Bisgaard & Smith, LLP
140 Broadway, Suite 3100
New York, NY 10005
(212) 232-1200

Ms. Talati will continue to be counsel of record on the above-entitled case at the new address.

Dated: New York, New York
June 12, 2026

**LEWIS BRISBOIS BISGAARD & SMITH LLP**


By: _s/ Alisha Talati_____
  Alisha Talati, Esq.
  140 Broadway, Suite 3100
  New York, NY 10005
  (212) 232.1300
  Alisha.Talati@lewisbrisbois.com
  *Attorneys for Defendants*



To:   Andrew C. Weiss, Esq.
   910 Franklin Avenue, Suite 200
   Garden City, NY 11530
   acw@employmentlawyernewyork.com
   (516) 248-5550