**Complete and Mail To:**
**BORRELLI & ASSOCIATES, P.L.L.C.**
**Attn: Eddyn Castro, on behalf of himself, individually, and on behalf of all others similarly-situated**
**v. Gotham Drywall Inc., et al.,**
**910 Franklin Avenue, Suite 205**
**Garden City, New York 11530**
**Tel: (516) 248-5550**
**Fax: (516) 248-6027**

## CONSENT TO JOIN COLLECTIVE ACTION

I hereby consent to join the lawsuit Eddyn Castro, on behalf of himself, individually, and on behalf of all others similarly-situated v. Gotham Drywall Inc., et al., Docket No.: 1:25-cv-06649-NCM-SDE , brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, and the New York Code of Rules and Regulations.

By signing below, I state that I am currently or was formerly employed by the Defendants at some point during the previous six years. I elect to join this case in its entirety with respect to any wage and hour-related claims asserted in the complaint filed in this matter and/or under any Federal and/or state law, rule, or regulation.

I hereby designate Borrelli & Associates, P.L.L.C. ("Plaintiffs' Counsel") to represent me for all purposes of this action.

I also designate Eddyn Castro, the class representatives who brought the above-referenced lawsuit, as my agents to make decisions on my behalf concerning the litigation and the method and manner of conducting the litigation. I also state that I have entered into my own retainer agreement with Plaintiffs' Counsel or consent to the retainer agreement entered into by Mr. Ocampo and Mr. Jimenez concerning attorneys' fees and costs, as well as all other matters pertaining to this lawsuit.

07/07/2026
_____
Date

Edgar Garcia (Jul 7, 2026 17:52:12 EDT)
_____
Signature

Edgar Garcia
_____
Full Legal Name (Print)




**Completar y Enviar a:**
**BORRELLI & ASSOCIATES, P.L.L.C.**
Attn: Eddyn Castro, et al., v. Gotham Drywall Inc., et al.,
**910 Franklin Avenue, Suite 205**
**Garden City, New York 11530**
**Tel: (516) 248-5550**
**Fax: (516) 248-6027**

## CONSENTIMIENTO PARA UNIRSE A UNA ACCIÓN COLECTIVA

Doy mi consentimiento para unirme a la demanda titulada, Eddyn Castro, en nombre de el mismo, individualmente y en nombre de todos aquellos similarmente situados. v. Gotham Drywall Inc., et al Docket No.: 1:25-cv-06649-NCM-SDE interpuestos en virtud de la Ley de Normas Laborales Justas, la Ley de Trabajo del Estado de Nueva York, y el Código de Nueva York de las Reglas y Reglamentos.

Al firmar abajo, yo declaro que estoy actualmente o fui anteriormente empleado por los acusados en algún momento durante los seis años anteriores. Yo entro a este caso en su totalidad, con respecto a cualquier reclamo acerca de salarios en la Denuncia presentada o bajo cualquier ley Federal y/o estatal, regla o reglamento.

Por la presente designo a Borrelli & Associates, P.L.L.C. ("Abogados de los Demandantes") que me represente a todos los efectos de esta acción.

También designo a Eddyn Castro, el representante colectivo que presentó la demanda antes mencionada, como mi agente para tomar decisiones en mi nombre con respecto al litigio y el método y la manera de llevar a cabo el litigio. También declaro que he celebrado mi propio acuerdo de retención con el abogado del demandante o doy mi consentimiento al acuerdo de retención celebrado por Eddyn Castro, con respecto a los honorarios y costos de los abogados, y todos los demás asuntos relacionados con esta demanda.

07/07/2026
_____
Fecha

Edgar Garcia (Jul 7, 2026 17:52:12 EDT)
_____
Firma

**Edgar Garcia**
_____
Nombre Completo